BASTON *v.* RABUN.

FISH, J. 1. An action of trover is not maintainable against a bailee of whom no demand for the property was made before suit, unless it affirmatively appears that there was an actual conversion before the suit was brought. *Loveless* v. *Fowler,* 79 *Ga.* 134.

2. One who executes a bill of sale to specified crops for the purpose of securing a debt, and who, by the terms of the contract expressed in the bill of sale, undertakes, "as agent for [the creditor] to protect, cultivate, and place in

marketable condition said crops and to hold said crops subject to his order," is, in legal contemplation, a bailee holding for the creditor's benefit.

3. There was in this case no proof of either a demand or of actual conversion before the trover suit was brought. The judgment of nonsuit was, therefore, right.

Judgment affirmed. *All the Justices concurring, except Lewis, J., absent.*

Trover. Before Judge Holden. Glascock superior court. April 8, 1901.

*K. J. Hawkins*, for plaintiff. *B. F. Walker*, for defendant.